**Ravinder SINGH, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–74075.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.[*]

Filed Feb. 26, 2010.

Christopher John Stender, Esquire, Stender & Lappin, San Diego, CA, for Petitioner.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R. App. P. 34(a)(2).

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Ravinder Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Perez v. Mukasey,* 516 F.3d 770, 773 (9th Cir.2008). We deny the petition for review.

The BIA did not abuse its discretion in construing Singh's third motion to reopen as seeking reopening of its January 26, 2005, order, and denying the motion as untimely filed and number-barred. *See* 8 C.F.R. § 1003.2(c).

Singh's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).